BEFORE THE SECOND DIVISION, JULY 8, 1954

**No. 58256.**—Scantrade, Inc. *v.* United States, protests 166280–K and 167529–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of filling machines and parts the same in all material respects as those the subject of *Yardley of London, Inc.* v. *United States* (30 Cust. Ct. 37, C. D. 1495), the claim of the plaintiff was sustained.